# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MARTIN SHANE WADDINGHAM**<br>**Date of Original Judgment or Last Amended Judgment:**<br>**1/21/2022**<br>**Reason for Amendment:**<br><br>☐ Correction of sentence on remand (18 U.S.C. 3742(f)(1) and (2))<br><br>☐ Reduction of Sentence for Changed Circumstances (Fed.R.Crim.P.35(b))<br>☐ Correction of Sentence by Sentencing Court (Fed.R.Crim.P.36)<br><br>☒ Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36) | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Case Number: CR 13-95-BLG-SPW-1<br><br>USM Number: **07352-046**<br>**Juli M. Pierce**<br><br>Defendant's Attorney<br><br>☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))<br>☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))<br>☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) top the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))<br>☐ Direct Motion to District Court Pursuant  ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)<br>☐ Modification of Restitution Order (18 U.S.C. § 3664) |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | admitted guilt to violation of condition(s) | of the term of supervision. |
| ☐ | was found in violation of condition(s) | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant was discovered associating with several different individuals known to be convicted of a felony or engaged in criminal activity on several different occasions. | 11/24/2019 |
| 2 | Probation discovered that the defendant had opened and used several credit cards without prior approval of the probation officer. | 2/25/2020 |
| 4 | Probation discovered the defendant had not turned in a Monthly Supervision Report since October 2019 and requested the defendant turn in a report as soon as possible. The defendant failed to comply. | 2/27/2020 |
| 5 | The defendant was involved in an altercation with his girlfriend at a local hotel and was no longer allowed to reside at the hotel due to drug paraphernalia being located in the room. | 2/23/2020 |
| 6 | Probation instructed the defendant to be home for a visit on a specific evening, but the defendant failed to be present as directed. | 2/25/2020 |
| 8 | Probation was notified that the defendant had not been employed by his approved employer for the past month. | 2/26/2020 |
| 9 | The defendant was indicted on a two-count indictment in the U.S. District Court for Montana with Possession with Intent to Distribute Methamphetamine and Prohibited Person in Possession of a Firearm. | 8/21/2020 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Alleged violations #3 and #7 are dismissed by order of the Court.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

DEFENDANT:            MARTIN SHANE WADDINGHAM
CASE NUMBER:          CR 13-95-BLG-SPW-1

Last Four Digits of Defendant's Soc. Sec. 8614

January 21, 2022
Date of Imposition of Judgment

*Susan P. Watters* (signature)
Signature of Judge

Defendant's Year of Birth: 1974

City and State of Defendant's Residence:
Billings, Montana

Susan P. Watters
United States District Judge
Name and Title of Judge

February 4, 2022
Date

DEFENDANT: MARTIN SHANE WADDINGHAM
CASE NUMBER: CR 13-95-BLG-SPW-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months to run concurrently with the sentence imposed in U.S. District Court case no. 1:20-cr-102-BLG-SPW.

☒ The court makes the following recommendations to the Bureau of Prisons:
(1) Defendant shall participate in the Bureau of Prisons' 500-hour Residential Drug Treatment Program (RDAP) if eligible.
(2) Defendant shall be placed at the Bureau of Prisons' facility at FCI Oxford in Oxford, WI for proximity to family and available programming.

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL